# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Goodwill Services, Inc. ) ASBCA No. 62025
)
Under Contract No. HDEC08-16-C-0027 )

APPEARANCE FOR THE APPELLANT: Mr. William Carlson
President

APPEARANCES FOR THE GOVERNMENT: Brian M. Lucero, Esq.
Deputy General Counsel
Betsy E. Dulin, Esq.
Trial Attorney
Defense Commissary Agency
Fort Lee, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: June 4, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62025, Appeal of Goodwill Services, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals